# CERTIFICATE OF SERVICE

I, Kristin Marler (name), certify that service of this summons and a copy of the complaint was made 6/17/24 (date) by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to: Corporation Service Company, 641 South Lawrence Street, Montgomery, AL 36104.

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 6/24/24       Signature K Marler

Print Name:

Business Address:

Thompson Burton, PLLC
Regions Center
200 Clinton Ave. West
Suite 1000
Huntsville, AL 35801