IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BOLTA US LTD., | ) | Case No. 23-70042 |
| | ) | |
| DEBTOR. | ) | Chief Judge Jennifer Henderson |
| | ) | |
| | ) | |
| GENE KOHUT, | ) | |
| LIQUIDATING TRUSTEE, | ) | |
| | ) | Adv. Proc. No. 24-70020-JHH |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AMAZON CAPITAL SERVICES, INC. | ) | |
| | ) | |
| DEFENDANT. | ) | |

**DEFENDANT AMAZON CAPITAL SERVICES, INC.'S ANSWER TO COMPLAINT TO AVOID PREFERENTIAL TRANSFERS AND TO RECOVER AMOUNT OF SUCH TRANSFERS**

Defendant Amazon Capital Services, Inc. ("Amazon") submits this answer ("Answer") to the Complaint to Avoid Preferential Transfers and to Recover Amount of Such Transfers ("Complaint") brought by Plaintiff Gene Kohut ("Plaintiff"), Liquidating Trustee of Bolta US Ltd. ("Debtor").

Pursuant to Federal Rule of Civil Procedure 8, incorporated by Federal Rule of Bankruptcy Procedure 7008, Amazon generally denies each and every allegation of the Complaint that is not expressly admitted herein. Amazon also expressly denies each and every allegation and statement made in the headings and subheadings in the Complaint, which are reproduced below for reference only and not as admissions of any of the allegations or statements made therein. Amazon reserves

1

the right to amend its Answer consistent with the facts discovered in this case. In response to the numbered allegations in the Complaint, Amazon states as follows:

## Jurisdiction, Venue and Parties

1. Plaintiff's statement in Paragraph 1 about what relief he seeks in the Complaint speaks for itself and requires no answer. Amazon denies that Plaintiff's claims have merit and that Plaintiff is entitled to relief.

2. Amazon states that the allegations in Paragraph 2 call for a legal conclusion for which no response is required.

3. Amazon states that the allegations in Paragraph 3 call for a legal conclusion for which no response is required.

4. Amazon admits the allegations in Paragraph 4.

5. Amazon admits it is a Delaware corporation and the Defendant in this adversary proceeding. Amazon admits its registered agent is Corporation Service Company. Amazon denies that the address listed for Corporation Services Company is correct. Amazon states that the remaining allegations in Paragraph 5 call for a legal conclusion for which no response is required.

## Procedural Background

6. Amazon admits the allegations in Paragraph 6.

7. Amazon admits that pursuant to the terms of the Plan, Gene Kohut as appointed as Liquidating Trustee. Amazon states that the remaining allegations in Paragraph 7 call for a legal conclusion for which no response is required.

## Facts

8. Amazon is without sufficient information to admit or deny the allegations in Paragraph 8 and therefore denies the same.

9. Amazon admits that during the ninety (90) days preceding the Petition Date, the Debtor made one or more payments to Amazon in satisfaction of one or more debts owed to Amazon. Amazon states that Exhibit A speaks for itself and requires no answer. Amazon is without sufficient information to admit or deny the remaining allegations in Paragraph 9, including the dates and amounts of all alleged transfers on Exhibit A, and therefore denies the same.

10. Amazon is without sufficient information to admit or deny the allegations in Paragraph 10 and therefore denies the same.

11. Amazon states the allegations in Paragraph 11 call for a legal conclusion for which no response is required.

12. Amazon admits that certain Transfers were transfers for or on account of antecedent debt owed by the Debtor before such transfers were made.

13. Amazon is without sufficient information to admit or deny the allegations in Paragraph 13 and therefore denies the same.

14. Amazon is without sufficient information to admit or deny the allegations in Paragraph 14 and therefore denies the same.

**CLAIM: PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. § 547**

15. Amazon incorporates, reiterates, and repeats its answers to the preceding paragraphs as though fully set forth herein.

16. Amazon denies the allegations in Paragraph 16.

Answering the WHEREFORE clause, Amazon denies that Plaintiff is entitled to any relief.

**AMAZON'S STATEMENT PURSUANT TO FED. R. BANKR. P. 7012(B)**

For purposes of this Adversary Proceeding only, Amazon consents to entry of final orders or judgment by the Bankruptcy Court.

# AMAZON'S AFFIRMATIVE DEFENSES

Without assuming Plaintiff's burden of proof on any issue, Amazon alleges the following affirmative defenses. The full extent to which Plaintiff's claims may be barred by one or more affirmative defenses, if not specifically set forth below, cannot be determined until Amazon has had an opportunity to complete discovery. Therefore, Amazon reserves the right to assert additional affirmative defenses in the event discovery indicates that would be appropriate. In addition, Amazon incorporates by reference all affirmative defenses contemplated by the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure.

## First Affirmative Defense

1. The Complaint is barred by Plaintiff's failure to state a claim against Amazon upon which relief can be granted.

## Second Affirmative Defense

2. The Complaint is barred by 11 U.S.C. § 547(c), including subsections (c)(2) and (c)(4).

## PRAYER FOR RELIEF

WHEREFORE, Amazon prays for judgment as follows:

A. Dismissal, with prejudice, of the Complaint.

B. An award of attorneys' fees and costs incurred in defending this action, to the extent such costs and fees are recoverable by law or in equity.

C. Such other relief that this Court deems just and proper.

DATED: August 12, 2024

                                            K&L Gates LLP

                                            */s/ Jack R. Dodson III*
                                            Jack R. Dodson III (ASB-3379-C38D)
                                            501 Commerce Street, Suite 1500
                                            Nashville, Tennessee 37203
                                            Tel: (615) 780-6700
                                            Fax: (615) 780-6799
                                            Rob.Dodson@klgates.com

                                            Counsel for Amazon Capital Services, Inc.

## CERTIFICATE OF SERVICE

I certify that on this day, I caused the foregoing document to be served via CM/ECF on the following:

Stuart M. Maples
Ronald G. Steen, Jr.
THOMPSON BURTON PLLC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
smaples@thompsonburton.com
ronn.steen@thompsonburton.com


DATED: August 12, 2024

*/s/ Jack R. Dodson, III*
Jack R. Dodson, III